UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL McINTOSH,<br><br>          Plaintiff,<br><br>   vs.<br><br>THOMAS A. WEBSTER, et al.,<br><br>          Defendants. | No. 2:08-cv-414-WTL-TAB |

### Entry Discussing Motion for Default and Default Judgment

This is an action brought pursuant to the theory recognized in *Bivens v. Six Unknown Named Agents,* 403 U.S. 388 (1971), and in which plaintiff McIntosh currently seeks the entry of default and a default judgment as to defendants William Wilson, Alex Jastillano, and Gerald Rowe. He seeks this action based on his assertion that: "The 60 days period to respond has expired, the defendants were served on March 5, 2010."

In a motion filed on March 30, 2010, the plaintiff states that "Service has note been served[sic] on Dr. William Wilson, Alex Jastillano, and Gerald Rowe." "Before a . . . court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.,* 484 U.S. 97, 104 (1987).

The clerk shall include a copy of the USM 285s docketed as No. 44, No. 45, and No. 46 on March 12, 2010. Despite the language of the docketing event, the forms themselves do not indicate personal service, copy service or other service on Dr. William Wilson, Alex Jastillano, or Gerald Rowe. The premise of the plaintiff's motion is therefore absent, and the plaintiff's motion (dkt 59) is **denied.**

       **IT IS SO ORDERED.**

Date: 05/18/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Carl McIntosh
No. 22260-044
Terre Haute - FCI
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808